# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1125. BATCHELOR v. MIDLAND FUNDING LLC.**

This appeal was docketed in this Court on January 26, 2018. Appellant's brief, including enumerations of error, was due to be filed no later than February 15, 2018. Court of Appeals Rule 23 (a). On February 7, 2018, this Court entered an order granting Appellant's motion for an extension of time and ordered that a brief be filed by no later than March 15, 2018. By order dated March 14, 2018, this Court denied Appellant's second motion for an extension of time in which to file. Appellant has failed to file a brief. Accordingly, Appellee's MOTION TO DISMISS is hereby GRANTED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/19/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*